An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

GENENTECH, INC., A DELAWARE
CORPORATION; AND F. HOFFMANN-
LA ROCHE LTD., A SWISS
CORPORATION,
Appellants,
vs.
PDL BIOPHARMA, INC., A DELAWARE
CORPORATION,
Respondent.

No. 63111

**FILED**

JUN 1 1 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

### ORDER DISMISSING APPEAL

Appellants' motion to voluntarily dismiss this appeal, with the parties to bear their own costs and attorney fees, is granted. NRAP 42(b). Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Gibbons

_____, J.          _____, J.
Douglas                                Saitta

cc:   Hon. David A. Hardy, District Judge
      Williams & Connolly LLP
      Lewis & Roca, LLP/Las Vegas
      Lionel Sawyer & Collins/Reno
      Irell & Manella, LLP
      Parsons Behle & Latimer/Reno
      Washoe District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

13-17005